EMILY A. MAC MASTER, ISB NO. 6449
MAC MASTER LAW PLLC
1925 N. Locust Grove Road
Meridian, Idaho 83646
Telephone:  (208) 608-2235
emily@macmasterlaw.com
emacmaster07@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMIE WIGGINS,<br><br>        Plaintiff,<br><br>vs.<br><br>IDAHO STATE UNIVERSITY, a public university, the IDAHO STATE UNIVERSITY BOARD OF TRUSTEES aka the IDAHO STATE BOARD OF EDUCATION, an executive department of the State of Idaho, and KEVIN SATTERLEE, and PAULINE THIROS, in their official and individual capacities, and DOES 1–50,<br><br>        Defendants. | Case No. 1:22-cv-00474-CWD<br><br>**NOTICE OF DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)** |

      COMES NOW, Plaintiff Jamie Wiggins, by and through her undersigned counsel of record in this action and, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby files this notice of dismissal of the above-referenced action, <u>without prejudice</u>. This notice of dismissal is filed prior to the issuance of any summons, much less the filing of any answer or motion for summary judgment in this action. Plaintiff has not previously dismissed any federal or state court action based on or including the same claim.

**NOTICE OF DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A) - 1**

DATED this 22nd day of November 2022.

                                                    MACMASTER LAW, PLLC

                                                   /s/ Emily A. MacMaster
                                                   Emily A. MacMaster
                                                   Attorneys for Plaintiff

**NOTICE OF DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A) - 2**